IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 1:18-cv-03330 |
| v. | ) ) |
| THE CITY OF JOLIET, ILLINOIS, DPR EXTENSION, LLC, CENTERPOINT PROPERTIES TRUST, THE COUNTY OF WILL, ILLINOIS, and RANDALL BLANKENHORN, as SECRETARY OF TRANSPORTATION of the ILLINOIS DEPARTMENT OF TRANSPORTATION, | ) Judge Rebecca R. Pallmeyer ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the agreement and stipulation of Plaintiff BNSF Railway Company ("BNSF") and Defendants DPR Extension, LLC ("DPR") and CenterPoint Properties Trust ("CenterPoint"), and further for good cause shown, it is accordingly ORDERED:

1. As to Defendants DPR and CenterPoint, Plaintiff BNSF's claims are hereby dismissed with prejudice and without costs pursuant and subject to the terms and provisions of the Settlement Agreement entered into between said parties; and,

2. As to Defendants Joliet, Will County, and Blankenhorn, Plaintiff BNSF's claims are hereby dismissed with prejudice and without costs, as to the claims brought in this matter only.

So Ordered.

Dated: April 9, 2019

_____
U.S. District Judge

- 1 -